UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GENERAL ELECTRIC CAPITAL
CORPORATION, a Delaware corporation,

    Plaintiff,                        Case No. 07-C-838

v.

THE PELOTON GROUP, INC. f/k/a
CHENEQUA CORPORATION,
a Wisconsin corporation, and
DANIEL W. WILLIAMSON, an individual

    Defendant.

---

## **ORDER FOR DEFAULT JUDGMENT**

---

Based upon Plaintiff, General Electric Capital Corporation's Motion for Default Judgment against The Peloton Group, Inc. f/k/a Chenequa Corporation and Daniel W. Williamson, the Affidavit of counsel and upon all the records, files and proceedings herein;

**IT IS ORDERED,** that Plaintiff's Motion for Default Judgment is hereby granted, and

**IT IS FURTHER ORDERED AND ADJUDGED,** that General Electric Capital Corporation, a company organized and existing under the laws of the State of Delaware, with its principal place of business located at 10 Riverview Drive, Danbury, Connecticut, 06810, has judgment for the amount of $456,528.48, attorney's fees in the amount of $13,143.00 as provided by contract, and for the cost of this action totaling $435.00, for a total judgment in the amount of $470,106.48, jointly and severally against the Defendants, The Peloton Group, Inc. f/k/a Chenequa Corporation, a Wisconsin corporation located

at W233 N2870 Roundy Circle West, Pewaukee, Wisconsin 53072, and Daniel W. Williamson, an individual residing at 1801 Juniper Way, Hartland, Wisconsin 53029.

Dated this 7th day of April, 2008.

BY THE COURT:

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge

Default judgment entered this 7th day of April 2008.

JON W. SANFILIPPO
Clerk of Court

By: s/ Linda M. Zik
    Deputy Clerk